Cite as 2026 Ark. App. 21

# ARKANSAS COURT OF APPEALS
## DIVISION II
### No. CR-25-101

| | |
|---|---|
| JOSH HURT<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | Opinion Delivered January 14, 2026<br><br>APPEAL FROM THE GREENE COUNTY CIRCUIT COURT [NO. 28CR-19-749]<br><br>HONORABLE MELISSA BRISTOW RICHARDSON, JUDGE<br><br>AFFIRMED; MOTION TO WITHDRAW GRANTED |

**WENDY SCHOLTENS WOOD, Judge**

Josh Hurt appeals the Greene County Circuit Court's sentencing order revoking his suspended imposition of sentence ("SIS") and sentencing him to three years' imprisonment.[1] Pursuant to Arkansas Supreme Court Rule 4-3(b) (2024) and *Anders v. California*, 386 U.S. 738 (1967), Hurt's counsel has filed a motion to withdraw and a no-merit brief stating that there are no meritorious grounds to support an appeal. The clerk of this court mailed a certified copy of counsel's motion and brief to Hurt, informing him of his right to file pro

---

[1]This is a companion case to *Hurt v. State*, 2025 Ark. App. 20, ___ S.W.3d ___, and *Hurt v. State*, 2025 Ark. App. 22, no-merit appeals from the revocation of Hurt's suspended sentences in case numbers CR-25-100 and CR-25-102, also handed down today. The circuit court held one revocation hearing on the State's petitions in the three cases.

se points for reversal, but he did not file any pro se points. We affirm the revocation and grant counsel's motion to withdraw.

In August 2021, Hurt pled guilty to Class D felony possession of methamphetamine and was sentenced to thirty-six months' imprisonment followed by thirty-six months' SIS. The terms of his SIS included the requirements that Hurt not "use, sell, distribute or possess any controlled substance." He was released from prison and began serving his suspended sentence on May 19, 2022.

On August 24, 2022, the State petitioned to revoke Hurt's SIS, alleging that he had violated the terms and conditions of his SIS by possessing controlled substances with the purpose to deliver, possessing drug paraphernalia, and admitting to the use of methamphetamine in July 2022. On October 16, 2023, the State filed a supplemental petition to revoke, adding the allegations that in June 2023, Hurt committed the misdemeanor offense of disorderly conduct; in September 2023, he committed the offenses of possession of a controlled substance and drug paraphernalia; and he had associated with a convicted felon.

The circuit court held a revocation hearing on July 15, 2024, and at the conclusion of the hearing, it found that Hurt had violated the terms and conditions of his SIS by using and possessing methamphetamine. In a sentencing order entered the same day, the court sentenced Hurt to three years' imprisonment.

Because the violations alleged in the petitions to revoke, the testimony, the relevant facts, and the arguments are identical to those in the companion cases, we will not restate

them herein, and we incorporate them by reference. For the reasons set forth in those opinions, we affirm the revocation of Hurt's SIS in this case and grant counsel's motion to withdraw.

Affirmed; motion to withdraw granted.

HIXSON and MURPHY, JJ., agree.

*Lisa-Marie Norris*, for appellant.

One brief only.